UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ANTONIO SERVIDIO, an individual, ) | 3:09-CV-00108-ECR-VPC | |
| ) | | |
| Plaintiff, ) | MINUTES OF THE COURT | |
| ) | | |
| vs. ) | DATE: June 24, 2010 | |
| ) | | |
| WACHOVIA MORTGAGE CORPORATION; ) | | |
| CAL-WESTERN RECONVEYANCE ) | | |
| CORPORATION, a Wachovia Company; ) | | |
| CAL-WESTERN RECONVEYANCE ) | | |
| CORPORATION, as Trustee for ) | | |
| unnamed or unknown Beneficiaries, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |
| ) | | |

PRESENT:     EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN          Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                     NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

     On May 12, 2010, Defendant Wachovia Mortgage Company filed a Motion to Dismiss (#14) this action.  Plaintiff did not respond to the Motion (#14) within the time required by the Rules of the Court.  Thereafter, on June 4, 2010, we entered an Order (#16) allowing Plaintiff, who appears herein pro se, an additional period of fourteen (14) days within which to respond to the Motion (#14) and to show excusable neglect for having failed to timely respond.  Plaintiff has not filed anything further in the case and has not complied with our Order (#16).

     **IT IS, THEREFORE, HEREBY ORDERED** that Defendant Wachovia Mortgage Company's Motion to Dismiss (#14) is **GRANTED**.  The other defendants in the case have already been dismissed.

     The Clerk shall enter judgment in favor of all defendants and against Plaintiff.

                                             LANCE S. WILSON, CLERK
                                             By      /s/
                                                  Deputy Clerk